# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2025

### NO. 03-25-00207-CV

**Demetrius T. Crockett, Appellant**

**v.**

**Judge Laurie Eiserloh, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
## DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order denying the motion to recuse/disqualify entered by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.